IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McClinton, Fred L

Printed: 11/27/07

Case Number: 07 B 13354
Judge: Goldgar, A. Benjamin
Filed: 7/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 16, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 2. | City Of Chicago | Secured | 2,000.00 | 0.00 |
| 3. | Midfirst Bank | Secured | 14,700.15 | 0.00 |
| 4. | Richard P Komyatte & Assoc | Unsecured | 30.00 | 0.00 |
| 5. | Blue Island Pathology | Unsecured | 400.00 | 0.00 |
| 6. | Ford Motor Credit Corporation | Unsecured | 14,327.57 | 0.00 |
| 7. | Heart Care Centers Of Illinois | Unsecured | 815.00 | 0.00 |
| 8. | Blue Island Radiology Consult | Unsecured | 263.00 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 10. | MRSI | Unsecured |  | No Claim Filed |
| 11. | AmSher Collection Services | Unsecured |  | No Claim Filed |
| 12. | Base Federal Creadit Union | Unsecured |  | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 15. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 19. | Palisades Collection LLC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 32,785.72 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McClinton, Fred L | Case Number:  07 B 13354 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  11/27/07 | Filed:  7/26/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                _Denise Ashley_